UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>Thomas Cook Group plc, *et al.*,[1]<br><br>　　　　Debtors in a Foreign Proceeding | Chapter 15<br><br>Case No. 19-12984 (MG)<br><br>Jointly Administered |

**NOTICE OF CANCELLATION OF HEARING**
**SCHEDULED FOR OCTOBER 7, 2019 AT 11:00 A.M.**

**PLEASE TAKE NOTICE** that on September 16, 2019, Peter Fankhauser (the "Petitioner"), in his capacity as the foreign representative in respect of voluntary schemes of arrangement (the "UK Proceedings") concerning the above-captioned debtors (collectively, the "Debtors") currently pending before the Chancery Division (Companies Court) of the High Court of Justice of England and Wales, filed the *Verified Petition for Recognition of Foreign Nonmain Proceedings or, in the Alternative, Foreign Main Proceedings Supplementing "Voluntary Petition," and Motion for Related Relief Pursuant to Sections 105(a), 1507(a), 1509(b)(2)-(3), 1521(a), 1521(c), and 1525(a) of the Bankruptcy Code Giving Full Force and Effect to UK Scheme of Arrangement* (together with the Chapter 15 Petition for Recognition of a Foreign Proceeding, the "Petition") pursuant to chapter 15 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

---

[1] The Debtors in this and the UK Proceedings, together with the last four digits of each Debtor's company registration number, are as follows: Thomas Cook Group plc (1951); Thomas Cook Finance 2 plc (5715); Thomas Cook Group Treasury Limited (5598). The location of Thomas Cook Group plc's corporate headquarters is 200 Aldersgate, London, EC1A 4HD. The service address for the Debtors is 200 Aldersgate, London, EC1A 4HD.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a hearing to consider the relief requested in the Petition for 11:00 a.m. (prevailing Eastern Time), on October 7, 2019 (the "Recognition Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Recognition Hearing previously scheduled for October 7, 2019 at 11:00 A.M. (prevailing Eastern Time) is cancelled pending further order of the Bankruptcy Court.

Dated: October 4, 2019
New York, New York

LATHAM & WATKINS LLP

By: /s/ *Adam J. Goldberg*

Adam J. Goldberg
Shaun C. Lee
885 Third Avenue
New York, NY 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

*Counsel to Foreign Representative*