| | |
|---|---|
| LATHAM & WATKINS<br>885 Third Avenue<br>New York, NY 10022-4834<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Adam J. Goldberg<br>Shaun C. Lee | Presentment Date and Time:<br>October 22, 2019 at noon<br>Objection Deadline:<br>October 18, 2019 |

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Thomas Cook Group plc, *et al.*,[1]<br><br>Debtors in a Foreign Proceeding | Chapter 15<br><br>Case No. 19-12984 (MG)<br><br>Jointly Administered |

**NOTICE OF PRESENTMENT OF ORDER TO WITHDRAW PETITION AND DISMISS**
**CHAPTER 15 CASES**

**PLEASE TAKE NOTICE** that on September 16, 2019, Peter Fankhauser (the "Petitioner"), in his capacity as the foreign representative in respect of voluntary schemes of arrangement (the "UK Proceedings") concerning the above-captioned debtors (collectively, the "Debtors") currently pending before the Chancery Division (Companies Court) of the High Court of Justice of England and Wales, filed the *Verified Petition for Recognition of Foreign Nonmain Proceedings or, in the Alternative, Foreign Main Proceedings Supplementing "Voluntary Petition," and Motion for Related Relief Pursuant to Sections 105(a), 1507(a), 1509(b)(2)-(3), 1521(a), 1521(c), and 1525(a) of the Bankruptcy Code Giving Full Force and Effect to UK Scheme*

---

[1] The Debtors in this and the UK Proceedings, together with the last four digits of each Debtor's company registration number, are as follows: Thomas Cook Group plc (1951); Thomas Cook Finance 2 plc (5715); Thomas Cook Group Treasury Limited (5598). The location of Thomas Cook Group plc's corporate headquarters is 200 Aldersgate, London, EC1A 4HD. The service address for the Debtors is 200 Aldersgate, London, EC1A 4HD.

*of Arrangement* [Docket No. 3] (together with the *Chapter 15 Petition for Recognition of a Foreign Proceeding* [Docket No. 1], the "Petition") pursuant to chapter 15 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Petitioner hereby withdraws its Petition and requests that the Bankruptcy Court enter an order dismissing these chapter 15 cases.

**PLEASE TAKE FURTHER NOTICE** that upon the annexed motion of the Petitioner, the Petitioner will present the attached proposed order to the Honorable Martin Glenn, United States Bankruptcy Judge, for signature on October 22, 2019 at 12:00 noon (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed order, with proof of service, is filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers at least three days before the date of presentment, there will not be a hearing and the order may be signed.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE** that the ECF docket number to which the filing relates shall be included in the upper-right-hand corner of the caption of all objections.

Dated: October 8, 2019
       New York, New York

                        LATHAM & WATKINS LLP

                By:  */s/ Adam J. Goldberg*

                    Adam J. Goldberg
                    Shaun C. Lee
                    885 Third Avenue
                    New York, NY 10022-4834
                    Telephone: (212) 906-1200
                    Facsimile: (212) 751-4864

                    *Counsel to Foreign Representative*