**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Thomas Cook Group plc, *et al.*,[1]<br><br>Debtors in a Foreign Proceeding | Chapter 15<br><br>Case No. 19-12984 (MG)<br><br>Jointly Administered |
| In re<br><br>Thomas Cook Group Treasury Limited, et al.,[2]<br><br>Debtors in a Foreign Proceeding | Chapter 15<br><br>Case No. 19-12985 (MG)<br><br>Jointly Administered |
| In re<br><br>Thomas Cook Finance 2 plc, *et al.*,[3]<br><br>Debtors in a Foreign Proceeding | Chapter 15<br><br>Case No. 19-12986 (MG)<br><br>Jointly Administered |

**ORDER GRANTING MOTION TO**
**WITHDRAW PETITION AND DISMISS CHAPTER 15 CASES**

---

[1]    The Debtors in this and the UK Proceedings, together with the last four digits of each Debtor's company registration number, are as follows: Thomas Cook Group plc (1951); Thomas Cook Finance 2 plc (5715); Thomas Cook Group Treasury Limited (5598). The location of Thomas Cook Group plc's corporate headquarters is 200 Aldersgate, London, EC1A 4HD.  The service address for the Debtors is 200 Aldersgate, London, EC1A 4HD.

[2]    The Debtors in this and the UK Proceedings, together with the last four digits of each Debtor's company registration number, are as follows: Thomas Cook Group plc (1951); Thomas Cook Finance 2 plc (5715); Thomas Cook Group Treasury Limited (5598). The location of Thomas Cook Group plc's corporate headquarters is 200 Aldersgate, London, EC1A 4HD.  The service address for the Debtors is 200 Aldersgate, London, EC1A 4HD.

[3]    The Debtors in this and the UK Proceedings, together with the last four digits of each Debtor's company registration number, are as follows: Thomas Cook Group plc (1951); Thomas Cook Finance 2 plc (5715); Thomas Cook Group Treasury Limited (5598). The location of Thomas Cook Group plc's corporate headquarters is 200 Aldersgate, London, EC1A 4HD.  The service address for the Debtors is 200 Aldersgate, London, EC1A 4HD.

Upon consideration of the *Notice of Presentment of Order to Withdraw Petition and Dismiss Chapter 15 Cases*; and the Court having considered and reviewed the motion of the Petitioner to withdraw the Petition and dismiss the chapter 15 cases (the "**Motion**"), which was submitted in accordance with Rule 9074-1(b)(2) and 9006-1(b) of the Local Bankruptcy Rules.

The Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED** that the Motion is granted as set forth herein; and it is further

**ORDERED** that the Verified Petition is hereby deemed withdrawn; and it is further

[*Remainder of page intentionally left blank*]

      **ORDERED** that the Chapter 15 Cases are hereby dismissed.

**IT IS SO ORDERED.**

Dated:  October 23, 2019
         New York, New York

                                                    **_/s/ Martin Glenn_**
                                                      MARTIN GLENN
                                          United States Bankruptcy Judge